R. S. Schermerhorn et al., Trading as Schermerhorn-Young Sales Company, v. Rolyan Corporation, Appellant.

Gen. No. 43,474.

opinion filed March 11, 1946; released for publication March 25, 1946. Marcus L. Silver, for appellant; M. J. Myer, of counsel; Goldman, Allshouse & Healy, for appellees; Louis Goldman and Robert G. Dreffein, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.

Reba Campbell, Appellant, v. Leo R. Campbell, Appellee.

Gen. No. 43,495.

opinion filed March 11, 1946; released for publication March 25, 1946. Mural J. Winstin and Marshall I. McMahon, for appellant; C. Hilding Anderson and Cantwell & Cantwell, for appellee; Robert E. Cantwell, Jr. and Yager Cantwell, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.